

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V.

Case: 2:14-cr-20232
Judge: Rosen, Gerald E.
MJ: Grand, David R.
Filed: 04-15-2014 At 02:45 PM
INDI USA V MOHAMMAD HASSAN HAMDAN ( LG)

D-1 MOHAMMAD HASSAN HAMDAN,    VIO: 18 U.S.C. § 2339B(a)(1)

    Defendant.
_____/

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(18 U.S.C. § 2339B(a)(1)) - Attempting to provide material support to a foreign terrorist organization )

D-1 MOHAMMAD HASSAN HAMDAN

On or about September 2013 up to and including March 16, 2014, in the Eastern District of Michigan, and elsewhere, the defendant, MOHAMMAD HASSAN HAMDAN, did knowingly attempt to provide material support and resources, at that term is defined in Title 18, United States Code, Section 2339A(b), to wit: personnel, namely himself, to a foreign terrorist organization,

specifically Hezbollah, a.k.a. "Party of God," continuously designated since October 8, 1997, knowing that the organization was a designated terrorist organization, or that the organization had engaged in and was engaging in terrorist activity (as that term is defined in 8 U.S.C. Section 1182(a)(3)(B)), and the offense occurred in whole or in part within the United States.

In violation of Title 18, United States Code, Section 2339B.

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney
Eastern District of Michigan

*s/Jonathan Tukel*
JONATHAN TUKEL
Assistant U.S. Attorney
Chief, National Security Unit
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9749
Jonathan.Tukel@usdoj.gov
Bar #: P41642

*s/Ronald W. Waterstreet*
RONALD W. WATERSTREET
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9593
Ronald.Waterstreet@usdoj.gov
Bar #: P42197

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:14-cr-20232<br>Judge: Rosen, Gerald E.<br>MJ: Grand, David R.<br>Filed: 04-15-2014 At 02:45 PM<br>INDI USA V MOHAMMAD HASSAN HAMDAN (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [ ]

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

Companion Case Number: 

Judge Assigned: 

☐ Yes    ☒ No

AUSA's Initials: _____

Case Title: USA v. MOHAMMAD HASSAN HAMDAN

County where offense occurred: Wayne County, Michigan

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____ Indictment/____ Information --- no prior complaint.
✓ Indictment/____ Information --- based upon prior complaint [Case number: 14-mj-30120]
____ Indictment/____ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 15, 2014
Date

RONALD W. WATERSTREET
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9593
Fax:    (313) 226-4678
E-Mail address: ronald.waterstreet@usdoj.gov
Attorney Bar #: P42197

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.    04/13