

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      CRIMINAL NO. 14-20232

v.                                   HONORABLE GERALD E. ROSEN

D-1 MOHAMMAD HASSAN HAMDAN,      VIO:18 U.S.C. § 1001 (a)(2)

        Defendant.

_____/

## FIRST SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

(18 U.S.C. § 1001 (a)(2)) – False Statement to Federal Agent Involving Terrorism)

D-1 MOHAMMAD HASSAN HAMDAN

On or about March 16, 2014, in the Eastern District of Michigan, the defendant, MOHAMMAD HASSAN HAMDAN, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by making false statements to Agents of the Federal Bureau of

1

Investigation (FBI) at the Detroit Metropolitan Airport, Romulus, Michigan when he said:

1) He never told anyone that he was leaving the United States to join Hezbollah; and

2) He never told anyone that he wanted to fight in Syria;

The statements and representations were false because, as MOHAMMAD HASSAN HAMDAN well knew, he had previously stated in recorded conversations with a confidential source that he was going to Lebanon to join Hezbollah so that he could fight with them in Syria. It is further alleged that this offense involved international terrorism, as Hezbollah is a foreign terrorist organization, continuously designated as such since October 8, 1997 to present,

which engages in terrorist activity. All in violation of Title 18, United States Code, Section 1001.

                                                BARBARA L. McQUADE
                                                United States Attorney
                                                Eastern District of Michigan

| *s/Jonathan Tukel* | *s/Ronald W. Waterstreet* |
|---|---|
| JONATHAN TUKEL (P41642) | RONALD W. WATERSTREET (P42197) |
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| Chief, National Security Unit | 211 West Fort Street, Suite 2001 |
| 211 West Fort Street, Suite 2001 | Detroit, Michigan 48226 |
| Detroit, Michigan 48226 | (313) 226-9593 |
| (313) 226-9749 | Ronald.Waterstreet@usdoj.gov |
| Jonathan.Tukel@usdoj.gov | |

Dated: August 12, 2016



| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>14-20232 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. Mohammad Hassan Hamdan

**County where offense occurred:** Wayne County, Michigan

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: 16-mj-30339 ]
____Indictment/ ✓ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 14-20232    **Judge:** Rosen

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 12, 2016
Date

RONALD W. WATERSTREET
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9100
Fax:   (313) 226-4678
E-Mail address: ronald.waterstreet@usdoj.gov
Attorney Bar #:

FILED 2016 AUG 12 P 3:26  U.S. DIST. COURT CLERK  EAST. DIST. MICHIGAN  DETROIT

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.